■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY J. BIALASZEWSKI, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Ostrowski, J.—violation of probation.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN AUGUST BETZ, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Green, J.—reckless endangerment, second degree, and criminal mischief, fourth degree.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ In the Matter of WALTER M. DONOVAN, an Attorney.—Resignation accepted and name stricken from roll of attorneys and counselors-at-law. Present—Dillon, P. J., Boomer, O'Donnell, Pine and Schnepp, JJ.

■ In the Matter of JOHN M. OWENS.—Application granted and petitioner reinstated as an attorney and counselor-at-law. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.